ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
**PERRY & WESTBROOK, P.C.**
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIA TALMAN, | CASE NO.: 2:19-cv-00802 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. § 1147** |
| TARGET CORPORATION, a Foreign Corporation; YET UNKNOWN EMPLOYEE; DOES I through X, inclusive, | ECF No. 7 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Keith E. Galliher, Esq., attorney for Plaintiff, ELIA TALMAN ("Plaintiff"), and Alan W. Westbrook, Esq. of Perry & Westbrook, P.C., attorneys for Defendant TARGET CORPORATION ("Defendant"), that as the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain jurisdiction in this court, this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

IT IS FURTHER STIPULATED between the parties that the total amount of damages

Page 1

which Plaintiff seeks to recover in this action will not exceed SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00).

IT IS FURTHER STIPULATED that Plaintiff WAIVES any right to recover any monies above and beyond SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) in this action against Defendant, resulting from the incident that occurred on July 8, 2017.

DATED this 16th day of May, 2019.      DATED this 16th day of May, 2019.

PERRY & WESTBROOK
A Professional Corporation

/s/ Alan W. Westbrook      /s/ Keith E. Galliher
_____      _____
ALAN W. WESTBROOK, ESQ.      KEITH E. GALLIHER, JR. ESQ.
Nevada Bar No. 6167      Nevada State Bar No. 0220
1701 W. Charleston Blvd., Suite 200      1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89102      Las Vegas NV 89104
Telephone: (702) 870-2400      Telephone: (702) 735-0049
Facsimile: (702) 870-2880      Facsimile: (702) 735-0204
E-mail: awestbrook@perrywestbrook.com      E-Mail: kgalliher@galliherlawfirm.com
Attorneys for Target Corporation      Attorney for Plaintiff

## **ORDER**

Based on the parties' stipulation that this case does not meet the amount-in-controversy requirement for federal subject-matter jurisdiction [ECF No. 7], IT IS HEREBY ORDERED that the Clerk of Court is directed to REMAND THIS ACTION back to the Eighth Judicial District Court, Case No. A-18-785600-C, Dept. 20, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 18, 2019